1  Hillary J. Green (State Bar No. 243221)
   hgreen@jonesday.com
2  JONES DAY
   3161 Michelson Drive, Suite 800
3  Irvine, CA  92612.4408
   Telephone: (949) 851-3939
4  Facsimile:  (949) 553-7539

5  Attorneys for Defendant
   EXPERIAN INFORMATION
6  SOLUTIONS, INC.

7

8              UNITED STATES DISTRICT COURT

9              NORTHERN DISTRICT OF CALIFORNIA

10

| 11 | TAMISHA LATIMORE, | Case No. 3:23-cv-00571-AMO |
|---|---|---|
| 12 | Plaintiff, | **STIPULATION AND [PROPOSED] ORDER OF DISMISSAL WITH PREJUDICE AS TO DEFENDANT EXPERIAN INFORMATION SOLUTIONS, INC.** |
| 13 | v. | |
| 14 | EXPERIAN INFORMATION SOLUTIONS, INC., | |
| 15 | | |
| 16 | Defendants. | Complaint filed:  February 8, 2023 |

17

18       Per Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff Tamisha

19  Latimore ("Plaintiff") and Defendant Experian Information Solutions, Inc

20  ("Experian"), by counsel, hereby stipulate and agree that all matters herein between

21  them have been compromised and settled, and that Plaintiff's cause against

22  Experian should be dismissed, with prejudice, with each party to bear its own costs

23  and attorneys' fees.

24

25

26

27

28

NAI-1537445743v1

|   |   |
|---|---|
| Dated: August 18, 2023 | JONES DAY |
|   | By: *s/ Hillary J. Green* |
|   | Hillary J. Green |
|   | Attorneys for Defendant EXPERIAN INFORMATION SOLUTIONS, INC. |
| Dated: August 18, 2023 |   |
|   | By: *s/ Tamisha Latimore* |
|   | Tamisha Latimore |
|   | Pro Se |

*Pursuant to Local Rule 5-1(i)(3), I attest that concurrence in the filing of this document has been obtained from each of the Signatories.*

THE COURT having reviewed the Parties' Stipulation for Dismissal with Prejudice DOES HEREBY ORDER that Experian Information Solutions, Inc. is dismissed with prejudice. Plaintiff and Experian Information Solutions, Inc. shall each bear their respective costs and fees.

BY THE COURT:

Dated  August 21, 2023

ARACELI MARTÍNEZ-OLGUÍN
United States District Judge